# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JEROMY BRYAN SAMPLE, | |
| Plaintiff, | Case No. 2:17-cv-02633-RFB-GWF |
| vs. | **ORDER** |
| CLEMENT LEROY OTTER, | |
| Defendants. | |

This matter is before the Court on Plaintiff's failure to file a Certificate as to Interested Parties as required by LR 7.1-1. The Complaint (ECF No. 1) in this matter was filed October 10, 2017. LR 7.1-1 requires that pro se parties and attorneys for private non-governmental parties must, upon entering a case, file a certificate as to interested parties, listing all persons, firms, partnerships or corporations, known to have a direct, pecuniary interest in the outcome of the case, including the names of all parent subsidiary, affiliate and/or insider of the named non-individual parties. If there are no known interested parties, other than those participating in the case, a statement to that effect must be filed. To date, Plaintiff has failed to comply. Accordingly,

**IT IS ORDERED** that Plaintiff shall file his Certificate as to Interested Parties, which fully complies with LR 7.1-1 no later than **November 3, 2017.** Failure to comply may result in the issuance of an order to show cause why sanctions should not be imposed.

DATED this 26th day of October, 2017.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge