# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

JEROMY BRYAN SAMPLE,

       Plaintiff,

vs.

CLEMENT LEROY OTTER,

       Defendants.

Case No. 2:17-cv-02633-RFB-GWF

**ORDER**

This matter is before the Court on Plaintiff's failure to file a Certificate as to Interested Parties as required by LR 7.1-1. On October 26, 2017, the Court ordered that Plaintiff file a Certificate as to Interested Parties as required by LR 7.1-1 on or before November 3, 2017. *Order* (ECF No. 3). To date, Plaintiff has failed to comply. Accordingly,

**IT IS ORDERED** that Plaintiff file a Certificate as to Interested Parties as required by LR 7.1-1 no later than **November 22, 2017**. Failure to comply may result in the issuance of an order to show cause why sanctions should not be imposed.

DATED this 13th day of November, 2017.

GEORGE FOLEY, JR.
United States Magistrate Judge