# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JEROMY BRYAN SAMPLE,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>CLEMENT LEROY OTTER,<br><br>　　　　　Defendants. | Case No. 2:17-cv-02633-RFB-GWF<br><br>**ORDER** |

　　　　On October 10, 2017, Plaintiff filed his complaint. ECF No. 1. On October 26, 2017, the Court ordered that Plaintiff file a certificate as to interested parties as required by LR 7.1-1 on or before November 3, 2017. ECF No. 3. On November 13, 2017, the Court again instructed Plaintiff to file a certificate as to interested parties. ECF No. 7.

　　　　Plaintiff by email and facsimile has communicated ex parte with the Court. Such ex parte communication is not permitted. If Plaintiff wishes to address any issues with orders entered by the Court or any concerns regarding this case, he may file a motion with the clerk's office in accordance with our local rules of practice. Accordingly,

　　　　**IT IS SO ORDERED**.

　　　　DATED this 20th day of November, 2017.

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　GEORGE FOLEY, JR.
　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge