# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

JEROMY BRYAN SAMPLE,

    Plaintiff,

vs.

CLEMENT LEROY OTTER,

    Defendant.

Case No. 2:17-cv-02633-RFB-GWF

**REPORT AND RECOMMENDATION**

This matter is before the Court on Plaintiff's failure to comply with the Court's Order to Show Cause (ECF No. 9), filed on December 1, 2017.

Plaintiff filed his Complaint (ECF No. 1) on October 10, 2017. Since that time Plaintiff has filed a Demand for a Jury Trial (ECF NO. 4) and two Certificate of Service (ECF Nos 5 and 6). To date, Defendant has not filed an answer or any other responsive pleading.[1] Plaintiff has failed to file a Certificate of Interested Parties as required by Local Rule 7-1. On October 26, 2017, the Court ordered Plaintiff to file his Certificate of Interested Parties no later than November 3, 2017. *Order* (ECF No. 3). Plaintiff failed to do so. On November 13, 2017, the Court again ordered Plaintiff to file a Certificate of Interested Parties no later than November 22, 2017. *Order* (ECF No. 7). Plaintiff once again failed to do so.

On December 1, 2017, the Court entered an Order to Show Cause directing Plaintiff to show cause, in writing, no later than December 8, 2017, why this matter should not be dismissed for failure to file his Certificate of Interested Parties. Plaintiff was warned that failure to show cause in writing would result in a recommendation to the district judge that this case be dismissed. To date, Plaintiff

---

[1] It is possible that Plaintiff has not yet properly served Defendant. Plaintiff's first Certificate of Service (ECF No. 5) states that Defendant was served by certified mail. That alone is not a proper way to serve a party. Plaintiff's second Certificate of Service (ECF No. 6) states that the process server served two copies of the summons on "Kale Gans, Deputy Attorney General." This again, does not appear to be proper service.

has not filed a Certificate of Interested Parties or taken any other action to prosecute this case. Accordingly,

**IT IS HEREBY RECOMMENDED** that Plaintiff's Complaint (ECF No. 1) be **dismissed** without prejudice.

DATED this 14th day of December, 2017.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge

# NOTICE

This Report of Findings and Recommendation is submitted to the assigned district judge pursuant to 28 U.S.C. § 636(b)(1) and is not immediately appealable to the Court of Appeals for the Ninth Circuit. Any notice of appeal to the Ninth Circuit should not be filed until entry of the district court's judgment. *See* Fed. R. App. Pro. 4(a)(1). Pursuant to LR IB 3-2(a) of the Local Rules of Practice, any party wishing to object to a magistrate judge's findings and recommendations of shall file and serve *specific written objections*, together with points and authorities in support of those objections, within 14 days of the date of service. *See also* 28 U.S.C. § 636(b)(1); Fed. R. Civ. Pro. 6, 72. The document should be captioned "Objections to Magistrate Judge's Report of Findings and Recommendation," and it is subject to the page limitations found in LR 7-3(b). The parties are advised that failure to file objections within the specified time may result in the district court's acceptance of this Report of Findings and Recommendation without further review. *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003). In addition, failure to file timely objections to any factual determinations by a magistrate judge may be considered a waiver of a party's right to appellate review of the findings of fact in an order or judgment entered pursuant to the recommendation. *See Martinez v. Ylst*, 951 F.2d 1153, 1156 (9th Cir. 1991); Fed. R. Civ. Pro. 72.