UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| JEREMIAH OF THE SAMPLE FAMILY,<br><br>Plaintiff,<br><br>v.<br><br>CLEMENT LEROY OTTER,<br><br>Defendant. | Case No. 2:17-cv-02633-RFB-GWF<br><br>**ORDER** |

This Court has an obligation to determine its jurisdiction to hear a particular case. The Court has reviewed the Complaint in this case and finds that the Complaint has not stated or provided a basis for this Court's jurisdiction in this case. The Complaint references trespass without establishing how this alleged trespass would establish federal jurisdiction.

The Plaintiff has filed a Motion to Amend his Complaint [13]. The Court has reviewed this Motion and finds that the attached Amended Complaint also does not establish a basis for this Court's jurisdiction. The Court further finds that granting a further motion to amend the Complaint would be futile as Plaintiff has not set forth an intelligible basis for this Court to have jurisdiction. Indeed, in Plaintiff's filing for a Motion for Relief [14], a reference is made to a claim being filed and not a complaint as required by law.

For the reasons stated above,

**IT IS ORDERED** that this case is DISMISSED, and Plaintiff's Motion to Amend [13] is DENIED. All other pending motions or request for relief are DENIED as moot.

DATED: January 3, 2018.

_____
**RICHARD F. BOULWARE, II**
**United States District Judge**